**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 933 MAL 2014
:
              Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
QUANN WHITE, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.